DAVID W. BROWN, Calif. SBN 99389
Attorney at Law
665 Munras Ave., Suite 210
Monterey, CA 93940
Tel: (831) 649-8211
Fax: (831) 649-2376
Email: DavidWayneBrown@aol.com

Attorney for Plaintiffs
JASON J. ADAMSKI and
CHERYL A. ADAMSKI

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF THE STATE OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| JASON J. ADAMSKI,<br>CHERYL A. ADAMSKI,<br><br>　　　　　　　Plaintiffs,<br><br>-vs-<br><br>PAMELA A. MARTIS, in her capacity<br>as garrison commander, Presidio of<br>Monterey, United States Army,<br><br>　　　　　　　Defendant. | No. _____<br><br>APPLICATION OF PLAINTIFFS<br>FOR ISSUANCE OF ORDER TO<br>SHOW CAUSE AND TEMPORARY<br>RESTRAINING ORDER |

Plaintiffs JASON J. ADAMSKI and CHERYL A. ADAMSKI, hereby move this Court, pursuant to Rule 65 of the Federal Rules of Civil Procedure, for a Temporary Restraining Order in the form attached hereto as Exhibit A, and for an Order to Show Cause Re Preliminary Injunction in the form attached hereto as Exhibit B. The ex parte motion is made on the ground that plaintiffs will suffer irreparable harm and injury unless defendants are enjoined from causing plaintiff JASON J. ADAMSKI to be arrested and/or prosecuted, notwithstanding her letter to him of May 21, 2007 barring him from Ord Military Community and Presidio of Monterey, solely on account of him entering Ord Military Community and/or the Presidio of Monterey Annex for the purpose of going to

and from his home at 204 Salerno Road, Seaside, California, or residing therein.

DATED: June 21, 2007

                                                **DAVID W. BROWN**
                                                **Attorney for Plaintiffs**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF THE STATE OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| JASON J. ADAMSKI, CHERYL A. ADAMSKI, <br><br> Plaintiffs, <br><br> -vs- <br><br> PAMELA A. MARTIS, in her capacity as garrison commander, Presidio of Monterey, United States Army, <br><br> Defendant. | No. _____ <br><br> **TEMPORARY RESTRAINING ORDER** |

Plaintiffs having moved ex parte and the Court's having considered plaintiffs' motion, the Complaint on file herein, the Declaration of Cheryl A. Adamski, the Declaration of Jason J. Adamski, plaintiffs' Memorandum of Points and Authorities, and the Declaration of David W. Brown Certifying Ex Parte Notice, and it appearing to the Court therefrom that unless this Order to Show Cause Re Preliminary Injunction and accompanying Temporary Restraining Order (the "TRO") shall be issued without notice to defendants or their attorneys, immediate and irreparable injury, loss and damage will result to plaintiff before defendants or their attorneys can be heard in opposition, in that plaintiffs presently are being deprived of their rights under the Fifth Amendment to the



1  Constitution of the United States and will continue to be deprived of such rights unless the
2  TRO issues immediately; and it further appearing to the Court that plaintiff has made a
3  prima facie case for issuance of the TRO, and that this Court has jurisdiction over
4  plaintiff's claims for relief herein asserted; and good cause appearing therefor:
5       IT IS HEREBY ORDERED, pending the hearing on the Order to Show Cause in
6  this matter that defendant PAMELA A. MARTIS and her agents, officials, employees and
7  representatives and all other persons in active concert or participation with said defendants
8  be enjoined, pending hearing on plaintiffs' motion for preliminary injunction, from causing
9  plaintiff JASON J. ADAMSKI to be arrested and/or prosecuted, notwithstanding her
10 letter to him of May 21, 2007 barring him from Ord Military Community and Presidio of
11 Monterey, solely on account of him entering Ord Military Community and/or the Presidio
12 of Monterey Annex for the purpose of going to and from his home at 204 Salerno Road,
13 Seaside, California, or residing therein.
14      IT IS FURTHER ORDERED that plaintiff cause to be effected as soon as possible,
15 and not later than _____.M. on _____, 2007, service upon defendants of a
16 copy of the Summons and Complaint herein, together with copies of the Order to Show
17 Caus Re Preliminary Injunction and this Temporary Restraining Order and Temporary
18 Mandatory Injunction, Plaintiff's Memorandum of Points and Authorities and the
19 Declarations of Khaled Katib and David W. Brown upon the basis of which these orders
20 are this day issued.
21      IT IS FURTHER ORDERED that not later than _____.M. on _____,
22 2007, defendants serve upon plaintiff's attorney and file with this Court any and all papers
23 to be relied upon by them in so showing cause.
24 //
25 //
26
27
28

2

1  IT IS FURTHER ORDERED that no bond is required for the issuance of this
2  Temporary Restraining Order because defendant does not stand to suffer any pecuniary
3  loss as a result of the issuance of this Order.
4  DATED: _____

6                                          _____
                                           **UNITED STATES DISTRICT JUDGE**

9  Presented by:

10 DAVID W. BROWN, SBN 99389
   Attorney at Law
11 665 Munras Ave., Suite 210
   Monterey, CA 93940
12 Tel: (831) 649-8211
   Fax: (831) 649-2376

3

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF THE STATE OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JASON J. ADAMSKI,<br>CHERYL A. ADAMSKI,<br>　　　　　Plaintiffs,<br>-vs-<br>PAMELA A. MARTIS, in her capacity as garrison commander, Presidio of Monterey, United States Army,<br>　　　　　Defendant. | No. _____<br><br>ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION |

PlaintiffS having moved ex parte and the Court's having considered plaintiffs' motion, the Complaint on file herein, the Declaration of Cheryl A. Adamski, the Declaration of Jason J. Adamski, plaintiffs' Memorandum of Points and Authorities, and the Declaration of David W. Brown Certifying Ex Parte Notice, and it appearing to the Court therefrom that unless this Order to Show Cause Re Preliminary Injunction and accompanying Temporary Restraining Order and Temporary Mandatory Injunction (the "TRO") shall be issued without notice to defendants or their attorneys, immediate and irreparable injury, loss and damage will result to plaintiff before defendants or their attorneys can be heard in opposition, in that plaintiff presently are being deprived of their rights under the Fifth Amendment to the Constitution of the United States and will continue to be deprived of such rights unless the TRO issues immediately; and it further


EXHIBIT B

appearing to the Court that plaintiff has made a prima facie case for issuance of the TRO, and that this Court has jurisdiction over plaintiff's claims for relief herein asserted; and good cause appearing therefor:

IT IS HEREBY ORDERED that defendants appear before this Court in Courtroom No. _____ in the United States Courthouse at 280 South First Street, San Jose, California at _____.M. on _____, 2007, then and there to show cause, if any there be, why this Court should not, pending the trial of this action, issue a preliminary injunction ordering:

1. That defendant PAMELA A. MARTIS and her agents, officials, employees and representatives and all other persons in active concert or participation with said defendants be enjoined during the pendency of this action and permanently from causing plaintiff JASON J. ADAMSKI to be arrested and/or prosecuted, notwithstanding your letter to him of May 21, 2007 barring him from Ord Military Community and Presidio of Monterey, solely on account of him entering Ord Military Community and/or the Presidio of Monterey Annex for the purpose of going to and from his home at 204 Salerno Road, Seaside, California, or residing therein.

DATED: _____

_____
UNITED STATES DISTRICT JUDGE

Presented by:

DAVID W. BROWN, SBN 99389
Attorney at Law
665 Munras Ave., Suite 210
Monterey, CA 93940
Tel: (831) 649-8211
Fax: (831) 649-2376

2