DAVID W. BROWN, Calif. SBN 99389
Attorney at Law
665 Munras Ave., Suite 210
Monterey, CA 93940
Tel: (831) 649-8211
Fax: (831) 649-2376
Email: DavidWayneBrown@aol.com

Attorney for Plaintiffs
JASON J. ADAMSKI and
CHERYL A. ADAMSKI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF THE STATE OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JASON J. ADAMSKI,<br>CHERYL A. ADAMSKI,<br><br>　　　　　　　　　Plaintiffs,<br><br>-vs-<br><br>PAMELA A. MARTIS, in her capacity as garrison commander, Presidio of Monterey, United States Army,<br><br>　　　　　　　　　Defendant. | No. _____<br><br>DECLARATION OF PLAINTIFF JASON J. ADAMSKI IN SUPPORT OF APPLICATION FOR ISSUANCE OF ORDER TO SHOW CAUSE, AND IN SUPPORT OF ISSUANCE OF TEMPORARY RESTRAINING ORDER |

I, JASON J. ADAMSKI, declare as follows:

1. I am a plaintiff in this proceeding. I make this declaration in support of my and my wife's application for issuance of a temporary retraining order.

2. I have read the concurrent declaration of my wife, CHERYL A. ADAMSKI, and incorporate it herein by reference, and all of the statements in it are true to the best of my knowledge, or, if stated to be based on information and/or belief, I believe the same to be true.

3. I was convicted, in the state of Ohio, in 1999, of an offense known as "attempted gross sexual imposition" on a minor, an offense which requires me to register, pursuant to California law, as a sex offender with the local authorities. I have been in compliance with

such laws since I began to live in California, and am in compliance with the same now. with it.

4. My wife filled out our joint rental application, and she and I signed it. In it, we did not disclose my conviction, because I thought, in good faith, based on conversations I had with my wife and her parents, that I was not obliged to report any conviction older than the seven-year period I understood to be applicable to background checks governed by state or federal law. I am still not certain I was obliged to disclose it.

5. On or about May 21, 2007, I received a "bar letter" addressed to me and signed by Colonel Pamela MARTIS, the garrison commander of the entire Presidio of Monterey complex (which includes the closed military base in Monterey, known as the Defense Language Institute), directing me to refrain from coming onto OMC/POMA. A copy is attached hereto as Exhibit A. It has the effect of evicting me from the home I have with my wife and newborn daughter Ava, under threat of arrest by federal police if I am found at home, or going to or from home, and under threat of prosecution in federal court for trespassing.

6. I am aware that my wife and daughter can live at home, and that the bar letter applies only to me. However, if I am not allowed to live with my wife and daughter, I and my wife will suffer the hardship she states in her declaration, because she is considered disabled by her doctor, and needs my assistance. Furthermore, it is extremely difficult for me to obtain housing where I am not harassed by people who learn, from the Megan's Law database or otherwise, that I am a registered sex offender. (As it happens, perhaps due to the discipline of the mostly military personnel who live in the community, I have not suffered any harassment from anyone, aside from Colonel MARTIS giving me a letter by which she tries to evict me without any kind of hearing, by threatening me with repeated arrest and prosecution for trespassing on a military installation if I do not move.)

7. Accordingly, I am asking the Court to issue a temporary restraining order which restrains Colonel MARTIS from having me arrested, and from otherwise interfering with my right to live at home with my wife and daughter, pending a hearing on our motion for issuance of a preliminary injunction. I have no desire to go onto any military area covered by the bar letter, other than the area which encompasses my home. For example, I have no

desire to enter the Defense Language Institute, which is also a part of Colonel MARTIS' command. I seek a restraining order that would simply allow me to live at home and travel to and from home, and prevent my arrest and prosecution for doing that.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 21, 2007 at Monterey, California

*JASON J. ADAMSKI*



**DEPARTMENT OF THE ARMY**
UNITED STATES ARMY INSTALLATION MANAGEMENT COMMAND
HEADQUARTERS, US ARMY GARRISON, PRESIDIO OF MONTEREY
1759 LEWIS ROAD, SUITE 210
MONTEREY, CA 93944-3223

REPLY TO
ATTENTION OF

21 May 2007

Office of the Garrison Commander

Mr. Jason J. Adamski
204 Salerno Road
Seaside, California 93955

Dear Mr. Adamski:

   As the Garrison Commander of the Presidio of Monterey and Ord Military Community, I hereby notify you that, effective June 21, 2007, you are barred from the Presidio of Monterey Base Complex, which consists of the Presidio of Monterey and the Ord Military Community. Thereafter, you will not reenter or be found within the limits of the Presidio of Monterey Base Complex at any time unless federal judicial authorities or law enforcement personnel request your presence. Any travel conducted on or within the Presidio of Monterey Base Complex pursuant to this exception shall be limited to the most direct route to and from the location where you are to appear.

   This action is being taken because your residence in a military housing community as a registered sex offender affects the good order and discipline of the military community, which I am responsible for maintaining. You failed to indicate on your rental application that you had been previously convicted of a felony sex offense, and your presence is affecting the well-being of other residents in the military housing community. As the Garrison Commander, I must consider the entire community's welfare, well-being and security.

   If you violate this notice, you are subject to prosecution for violating Title 18, Section 1382, of the United States Code, which reads in part as follows:

"Whoever, within the jurisdiction of the United States, goes upon any military, naval, or Coast Guard reservation, post, fort, arsenal, yard, station or installation, for any purpose prohibited by law or lawful regulation; or

Whoever reenters or is found within any such reservation, post, fort, arsenal, yard, station, or installation, after having been removed therefrom or ordered not to reenter by any officer or person in command or charge thereof –

Shall be fined under this title or imprisoned not more than six months, or both."

   You are further informed that if you reenter or are found within the limits of the Presidio of Monterey Base Complex in violation of this directive, you will be subject to apprehension and detention by the Presidio of Monterey Police Department for prompt delivery to the appropriate civil authorities.

Sincerely,

*Pamela L. Martis*
Pamela L. Martis
Colonel, US Army
Commanding

Signed _____   Date _____

**Exhibit A**