**DAVID W. BROWN, Calif. SBN 99389**
**Attorney at Law**
**665 Munras Ave., Suite 210**
**Monterey, CA 93940**
**Tel: (831) 649-8211**
**Fax: (831) 649-2376**
**Email: DavidWayneBrown@aol.com**

**Attorney for Plaintiffs**
**JASON J. ADAMSKI and**
**CHERYL A. ADAMSKI**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF THE STATE OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **JASON J. ADAMSKI,**<br>**CHERYL A. ADAMSKI,**<br><br>　　　　　　Plaintiffs,<br><br>-vs-<br><br>**PAMELA A. MARTIS, in her capacity**<br>**as garrison commander, Presidio of**<br>**Monterey, United States Army,**<br><br>　　　　　　Defendant. | No. _____<br><br>**CERTIFICATE OF SERVICE OF**<br>**NOTICE OF APPLICATION FOR**<br>**EX PARTE RELIEF** |

　　I, DAVID W. BROWN, declare:

　　1. I am the attorney for plaintiffs CHERYL A. ADAMSKI and JASON J. ADAMSKI, and am making this declaration to certify service of notice of said plaintiffs application for ex parte relief.

　　2. The named defendant in this action is a colonel in the United States Army, and is the commandant of the Presidio of Monterey and of what is known as Ord Military Community, in Monterey County, California. As such, said defendant is represented by the Army Staff Judge Advocate of that unit. During the past two weeks, I have negotiated extensively with two individuals employed by the office, namely Lt. Col. Jody Hehr, who is

the Staff Judge Advocate, and a civilian attorney employee, one Wesley Truscott, who is her chief civilian assistant.  On June 22, 2007, I telephoned Mr. Truscott, as Lt. Col. Hehr was absent from her office by reason of the process of transferring to another duty station, and I advised him that I was required to give his office notice of plaintiffs application for ex parte relief, namely their request for an order to show cause and temporary restraining order.  He requested that I provide him notice by e-mail, his e-mail address being Wesley.Truscott@Monterey.army.mil.  Therefore, on June 23, 2007 at 10:40 a.m., I e-mailed him copies of the following documents: (1) the complaint in this action, (2) plaintiffs application for issuance of order to show cause and temporary restraining order, (3) the declaration of Cheryl Adamski in support thereof, (4) the declaration of Jason Adamski in support thereof, (5) the memorandum of points and authorities in support thereof.  I e-mailed him those five files, which were PDF files inside a ZIP file which I attached to the e-mail.  I have verified the accuracy of each PDF file, for each of the five documents, to the original.  I have not, to date, received any indication, by e-mail or otherwise, that such e-mail delivery failed in any respect.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on June 24, 2007 at Marina, California.

                                        _____
                                        **DAVID W. BROWN**
                                        **Attorney for Plaintiffs**