**E-FILED:**   6/26/07

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JASON J. ADAMSKI, CHERYL A. ADAMSKI,<br><br>            Plaintiffs,<br><br>      v.<br><br>PAMELA A. MARTIS, in her capacity as garrison commander, Presidio of Monterey, United States Army,<br><br>            Defendant. | No. C-07-03307 RMW<br><br>ORDER DENYING APPLICATION FOR TEMPORARY RESTRAINING ORDER WITHOUT PREJUDICE |

Plaintiffs Jason and Cheryl Adamski request that this court grant a temporary restraining order preventing the enforcement of a bar letter issued by defendant Pamela Martis that bars plaintiff Jason Adamski from entering the Presidio of Monterey Base Complex, which includes the area where plaintiffs' home is located. Plaintiffs seek issuance of a temporary restraining order without prior notice to defendant. However, plaintiffs provide no reason, and the court does not see a reason, why notice should not be given defendant prior to their application for a temporary restraining order. *See* Fed. R. Civ. P. 65(b). Accordingly, the court denies plaintiffs' application for temporary restraining order without prejudice to refiling after defendant has been served.

DATED:   6/26/07

*Ronald M Whyte*

RONALD M. WHYTE
United States District Judge

ORDER DENYING APPLICATION FOR TEMPORARY RESTRAINING ORDER WITHOUT PREJUDICE—C-07-02989 RMW
SPT

1  **Notice of this document has been electronically sent to:**

2  **Counsel for Plaintiffs:**

3  David W. Brown			davidwaynebrown@aol.com

4  **Counsel for Defendant:**

5  (no service or appearance)

8  Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

10  **Dated:**      6/26/07                              SPT
                                                **Chambers of Judge Whyte**

*United States District Court*
*For the Northern District of California*

ORDER DENYING APPLICATION FOR TEMPORARY RESTRAINING ORDER WITHOUT PREJUDICE—C-07-02989 RMW
SPT                                        2