DAVID W. BROWN, No: 99389  
Attorney at Law  
665 Munras Avenue, Suite 210  
Monterey, CA 93940  
(831)-649-8211   fax: (831) 649-2376  
Attorney for Plaintiffs  
JASON J. ADAMSKI and  
CHERYL A. ADAMSKI  

UNITED STATES DISTRICT COURT  

NORTHERN DISTRICT OF CALIFORNIA  

| | |
|---|---|
| JASON J. ADAMSKI,<br>CHERYL A. ADAMSKI<br><br>     Plaintiff,<br><br>vs.<br><br>PAMELA A. MARTIS, in her capacity as garrison commander, Presidio of Monterey, United States Army,<br>     Defendant | Case No.: C-07- 03307-RMW<br><br>PROOF OF SERVICE OF SUMMONS, COMPLAINT, APPLICATION FOR ORDER TO SHOW CAUSE AND TEMPORARY RESTRAINING ORDER, AND SUPPORTING DOCUMENTS |

   My business address is 665 Munras Avenue, Suite 210, Monterey, California. I am and was at the time herein mentioned mailing took place, a citizen of the United States, employed in the County where said mailing occurred, over the age of eighteen years and not a party to the within cause. On June 26, 2007, I served the within SUMMONS IN A CIVIL CASE, COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND DAMAGES: VIOLATION OF FIFTH AMENDMENT TO UNITED STATES CONSTITUTION AND CALIFORNIA PENAL CODE SECTION 290.46, APPLICATION OF PLAINTIFFS FOR ISSUANCE OF ORDER TO SHOW CAUSE AND TEMPORARY RESTRAINING ORDER, ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION, TEMPORARY RESTRAINING ORDER, DECLARATION OF

PLAINTIFF CHERYL ADAMSKI IN SUPPORT OF APPLICATION FOR ISSUANCE OF ORDER TO SHOW CAUSE, AND IN SUPPORT OF ISSUANCE OF TEMPORARY RESTRAINING ORDER, PROPOSED ORDER TO SHOW CAUSE, PROPOSED TEMPORARY RESTRAINING ORDER, DECLARATION OF PLAINTIFF JASON J. ADAMSKI IN SUPPORT OF APPLICATION FOR ISSUANCE OF ORDER TO SHOW CAUSE, AND IN SUPPORT OF ISSUANCE OF TEMPORARY RESTRAINING ORDER, PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ISSUANCE OF TEMPORARY RESTRAINING ORDER, ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, NOTICE OF NEED FOR ADR PHONE CONFERENCE, GENERAL ORDER NO. 40 PROHIBITION OF BIAS, PURSUANT TO F.R.C.P. RULE (4)(i)(2)(A), by sending copies thereof by certified mail, return receipt requested, to the following:

Office of the United States Attorney, Northern District of California
280 South 1st Street
San Jose, Ca 95113
Attn: Civil Process Clerk


Office of the Attorney General, U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washinton, DC 90530-0001
Attn: Civil Process Clerk


Pamela L. Martis, Colonel
Office of the Garrison Commander, Department of the Army
United States Army Installation Management Command
Headquarters, United States Army Garrison, Presidio of Monterey
1759 Lewis Road, Suite 210
Monterey, Ca 93944-3223


I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct. Executed on June 26, 2007 at Monterey, California

*Jennifer Bruce*
JENNIFER BRUCE