1   DAVID W. BROWN, Calif. SBN 99389
    Attorney at Law
2   665 Munras Ave., Suite 210
    Monterey, CA 93940
3   Tel: (831) 649-8211
    Fax: (831) 649-2376
4   Email: DavidWayneBrown@aol.com

5
    Attorney for Plaintiffs
6   JASON J. ADAMSKI and
    CHERYL A. ADAMSKI

7

8                    UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF THE STATE OF CALIFORNIA

10                        SAN JOSE DIVISION

11

12  JASON J. ADAMSKI,                    )        No. C-07-03307-RMW
    CHERYL A. ADAMSKI,                   )
13                                       )
                          Plaintiffs,    )        RE-APPLICATION OF PLAINTIFFS
14                                       )        FOR ISSUANCE OF ORDER TO
    -vs-                                 )        SHOW CAUSE AND TEMPORARY
15                                       )        RESTRAINING ORDER AND
    PAMELA A. MARTIS, in her capacity    )        DECLARATION OF ACTUAL
16  as garrison commander, Presidio of   )        RECEIPT OF NOTICE BY
    Monterey, United States Army,        )        DEFENDANT'S COUNSEL
17                                       )
                          Defendant.     )
18  _____  )

19        Following this Court's denial, without prejudice for lack of service, of the

20  application of Plaintiffs JASON J. ADAMSKI and CHERYL A. ADAMSKI, ex parte, for

21  issuance of a Temporary Restraining Order and Order to Show Cause Re Preliminary

22  Injunction, and plaintiffs having now e-filed a Proof of Service of Summons, Complaint,

23  and Application for Order to Show Cause and of other supporting documents, showing

24  proof of service by certified mail (on defendant, the United States Attorney, and the

25  Attorney General) as required by F.R.C.P. Rule 4(i)(1)(A) and (2)(A), which apply to

26  defendants who are officers or employees of the United States being sued in their official

27  capacity, such service being allowed by certified or registered mail only, and Plaintiffs'

28

1    attorney certifying below as to receipt of all moving papers by counsel for defendant

2    MARTIS, and tentative agreement as to a briefing schedule,

3         Plaintiffs now re-apply to the Court for issuance of an Order to Show Cause and

4    Temporary Restraining Order in the form attached to the original application filed herein

5    on June 25, 2007, and, base their request on the said original application, as well as the

6    declarations and memorandum of points and authorities previously filed on June 25, 2007

7    in support thereof.

8         The undersigned further represents to the Court that because the effective date of

9    defendant's "bar letter" barring plaintiff JASON J. ADAMSKI from his home was June

10   21, 2007, as set forth in the declarations of both plaintiffs, said plaintiff is now barred from

11   his home, and will continued to be barred until and unless the Court issues the temporary

12   restraining order requested, so that immediate and irreparable injury and loss, within the

13   meaning of Rule 65(b), F.R.C.P., is threatened.

14        I, DAVID W. BROWN, declare: I am the attorney for plaintiffs. As I previously

15   stated in my Certificate of Service of Application for Ex Parte relief filed in this Court on

16   June 25, 2007, pursuant to verbal agreement, I e-mailed the said original application and

17   supporting declarations and memorandum of points and authorities, together with the

18   Complaint herein, to Mr. Wesley Truscott, a licensed California attorney, employed by the

19   U.S. Army's Staff Judge Advocate office at Monterey, California, and assistant to Lt. Col.

20   Jody Hehr, the Staff Judge Advocate and a Special Assistant United States Attorney, both

21   of whom represent defendant MARTIS. On the afternoon of June 25, 2007, I received

22   notice, by email, from Mr. Wesley Truscott, a civilian attorney and member of the

23   California State Bar in the Office of the Staff Judge Advocate, who represents defendant

24   MARTIS, that he actually received, by email, all the documents as listed in the

25   Certification of Service of Notice of Application for Ex Parte Relief, filed with the Court

26   (paper filing) on that day, June 25, 2007, with the exception of page 6 of the Complaint,

27

28                                              2

which I thereafter faxed to him that same day, and he thereafter again replied, on the same day, by email, that he had received that missing page. I certify also that immediately after I filed with the Court the complaint and all initial documents herein, at approximately 9:50 AM on June 25, 2007, I immediately telephoned Mr. Truscott and advised him of the Court's case number for this action.  On July 27, 2007, I telephoned the office of the United States attorney in San Jose, and spoke to Assistant United States Attorney James Scharf, who advised me he was assigned this case. I advised him that I had effected service of process by certified mail the day before, and he advised me he had accessed copies of all documents I had filed, via PACER. He and I tentatively agreed on a briefing schedule, as to this re-application for issuance, to the effect that he would file opposition by the close of business July 3, 2007, and I would file any reply by the close of business July 5, 2007, for possible hearing by the Hon. Ronald M. Whyte. I declare under penalty of perjury that the foregoing is true and correct. Executed on June 27, 2007 at Monterey, California.

WHEREFORE, I request that, upon the filing of opposition by defendant, and any reply, the Court on or after July 6, 2007  issue the said Order to Show Cause and Temporary Restraining Order as requested.

DATED: June 27, 2007

DAVID W. BROWN
Attorney for Plaintiffs