**DAVID W. BROWN, Calif. SBN 99389**
**Attorney at Law**
**665 Munras Ave., Suite 210**
**Monterey, CA 93940**
**Tel: (831) 649-8211**
**Fax: (831) 649-2376**
**Email: DavidWayneBrown@aol.com**

**Attorney for Plaintiffs**
**JASON J. ADAMSKI and**
**CHERYL A. ADAMSKI**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF THE STATE OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **JASON J. ADAMSKI,** )<br>**CHERYL A. ADAMSKI,** )<br>                              )<br>            **Plaintiffs,** )<br>                              )<br>**-vs-**                     )<br>                              )<br>**PAMELA A. MARTIS, in her capacity** )<br>**as garrison commander, Presidio of** )<br>**Monterey, United States Army,** )<br>                              )<br>            **Defendant.** )<br>_____) | No. C-07-03307-RMW<br><br>**CERTIFICATE OF SERVICE**<br>**OF NOTICE OF RE-APPLICATION**<br>**FOR ISSUANCE OF ORDER TO SHOW**<br>**CAUSE AND TEMPORARY**<br>**RESTRAINING ORDER** |

**I, DAVID W. BROWN, declare:**

**I am the attorney for plaintiffs. I certify that I served the Re-application of Plaintiffs for Issuance of Order to Show Cause and Temporary Restraining Order on defendant on July 27, 2007, by e-mailing a PDF file attachment thereof to James Sharf, Assistant United States Attorney of the Office of the United States Attorney in San Jose. Earlier on that day, I telephoned Mr. Scharf, who advised me that he would be representing the defendant, on behalf of the United States in this case, and gave me his e-mail address. I have not been able at this point to have him served via automatic e-mail notification through the ECF system, because he is not yet registered, in this case, as attorney of record. I also verbally advised him on that date that I would be reapplying, and he and I tentatively agreed to a briefing schedule.**

1      **I declare under penalty of perjury under the laws of the United States of America
2  that the foregoing is true and correct. Executed on June 28, 2007 at Monterey, California**

/S/

_____

**DAVID W. BROWN**