SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
JAMES A. SCHARF (CSBN 152171)
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5044
FAX: (408) 535-5081
James.Scharf@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JASON J. ADAMSKI,, CHERYL A. ADAMSKI, <br><br> Plaintiffs, <br><br> v. <br><br> PAMELA A. MARTIS, in her capacity as garrison commander, Presidio of Monterey, United States Army, ' <br><br> Defendant. | Case No. C 07-cv-03307-RMW <br><br> DEFENDANT'S DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND NOTICE OF STIPULATED BRIEFING SCHEDULE |

Defendant, appearing specially, hereby declines to proceed before a Magistrate Judge, and requests that this action be reassigned to Hon. Ronald M. Whyte.

Defendant, appearing specially, hereby notifies the Court that the parties have stipulated to the following briefing schedule regarding Plaintiffs' Application for a TRO:

Defendant's Opposition Brief is due by close of business, Tuesday, July 3, 2007.

Plaintiff's Reply Brief is due by close of business, Thursday, July 5, 2007.

If the Court wishes to conduct a hearing, the parties jointly propose Friday, July 6, 2007, at 9:00 a.m.

DEFENDANT'S DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND
NOTICE OF STIPULATED BRIEFING SCHEDULE
Case No. C 07-cv-03307-RMW

1  Defendant also intends to file a motion to dismiss as soon as practicable. Nothing in this
2  pleading should be construed to constitute a waiver of any defenses Defendant may assert in said
3  motion.

5  DATED: June 28, 2007                SCOTT N. SCHOOLS
                                        United States Attorney

            /s/ *James A. Scharf*
            _____
            JAMES A. SCHARF
            Assistant United States Attorney

DEFENDANT'S DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND
NOTICE OF STIPULATED BRIEFING SCHEDULE
Case No. C 07-cv-03307-RMW
-2-