# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**DEFENDANT'S BRIEF IN OPPOSITION TO PLAINTIFF'S REQUEST FOR TRO
and
DECLARATION OF PAMELA M. VON NESS**

**Jason J. Adamski, Cheryl A. Adamski vs. Pamela A. Martis, et al.
Case No. C 07-03307 RMW**

to be served this date upon the party(ies) as follows:

√ **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

___ **CERTIFIED MAIL** (#) by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

___ **PERSONAL SERVICE (BY MESSENGER)**

___ **FACSIMILE (FAX)** Telephone No.: _____

___ **FEDERAL EXPRESS**

___ **HAND-DELIVERED**

to the parties addressed as follows:

**David Brown, Esq
Attorney At Law
665 Munras Avenue
Suite 210
Monterey, CA 93940**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 3rd day of July, 2007, at San Jose, California.

__/s/_____
Mimi Lam
Legal Assistant