**DAVID W. BROWN, Calif. SBN 99389**
Attorney at Law
665 Munras Ave., Suite 210
Monterey, CA 93940
Tel: (831) 649-8211
Fax: (831) 649-2376
Email: DavidWayneBrown@aol.com

Attorney for Plaintiffs
JASON J. ADAMSKI and
CHERYL A. ADAMSKI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF THE STATE OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JASON J. ADAMSKI,<br>CHERYL A. ADAMSKI,<br><br>　　　　　　　　　Plaintiffs,<br><br>-vs-<br><br>PAMELA A. MARTIS, in her capacity<br>as garrison commander, Presidio of<br>Monterey, United States Army,<br><br>　　　　　　　　　Defendant. | No. C-07-03307-RMW<br><br>REPLY DECLARATION OF<br>DAVID W. BROWN IN SUPPORT<br>OF ISSUANCE OF OSC AND TRO<br><br>Date: July 6, 2007<br>Time: 9:00 AM<br>Courtroom 6<br>Hon. Ronald M. Whyte |

　　　I, DAVID W. BROWN, declare:

　　　I am the attorney for plaintiffs. I am making this declaration in reply, in my capacity as a person who has worked and lived in Monterey County for many years and who has traveled extensively on the former Fort Ord and the current Ord Military Community in which plaintiffs reside, to explain its features, and the features of the federal enclave on which plaintiffs reside.

　　　I have worked as an attorney and resided in Monterey County for the past 25 years. I have lived in the communities of Carmel, Carmel Valley, Monterey, Pacific Grove and Marina. I have driven approximately 400,000 miles in Monterey County in those

communities, including the former Fort Ord, over those years, and know the roads and communities of the former Fort Ord and the Monterey Peninsula very well. During the time the former Fort Ord was a closed military base, I traveled extensively on it for several years as a contract civilian defense attorney attending the civilian court before a United States Magistrate Judge there. As a board member of the Marina Coast Water District since 1998, which county water district serves all the former Fort Ord (including the Ord Military Community on which plaintiffs reside) as well as the City of Marina, I have become familiar with Fort Ord conversion issues, and, in that capacity, was a non-voting member of the Fort Ord Reuse Authority for a year in 2005, attending meetings thereof on the former Fort Ord. For the past two years, I have driven on the former Fort Ord on my way to and from work. (Many more people now use the former Fort Ord roads as thoroughfares, than a year or two ago.) Prior to September 2001, when the nearby Defense Language Institute in Monterey was an open base, I often drove through it, as did many other civilians taking a shortcut from one part of Monterey to another. I am familiar with the Naval Postgraduate School as well, having taught a law-school course there in the 1980's.

The primary military bases and enclaves in Monterey County are as follows:

1. The Defense Language Institute (DLI), a military language school in Monterey, on the grounds of the Presidio of Monterey, a closed military base surrounded by fences and manned by gate guards since September 2001, and on which defendant MARTIS' headquarters are located; most of its students are enlisted personnel, and most students there reside on post in barracks (which are more like college dormitories), housing which is not open to civilians;

2. The Navy Postgraduate School (NPS), a postgraduate higher educational institution primarily attended by U.S. Navy officers, though officers from other branches of the U.S. military attend, as do some officers from the militaries of selected friendly foreign countries; there is no housing on base, but students there do live in nearby private housing, as well as in nearby La Mesa Village (No. 4 below);

3. The U.S. Coast Guard station in Monterey, which is completely fenced and off limits to the public, except for the nearby Coast Guard Pier itself. (This is the only one of the five facilities listed herein, which I have never entered.)

4. La Mesa Village, in Monterey, a Navy housing enclave which is now managed by The Parks at Monterey Bay (which entity also manages the Ord Military Community housing – No. 5 below – in which plaintiffs reside). It is not contiguous to NPS, but is a mere half mile away from it. La Mesa Village is a semi-open enclave next to the Monterey Courthouse; it is fenced, and there are two gates, but the gates are generally not manned by guards. It houses only officers who attend NPS and their families. To my knowledge, none of the housing there is occupied by civilians who are not military dependents. It is nominally "open" in the sense that the general public is not barred from entry, and I have been there on multiple occasions, but it is a gated community with clear boundaries and which has no public thoroughfares running through it.

5. Ord Military Community (OMC), in Seaside, an Army-owned housing enclave on which plaintiffs reside. It is a part of the former Fort Ord Army base, closed in the 90's, and is not adjacent or contiguous to the closed-base DLI, but is about three miles distant from it. It is also managed by the civilian entity known as The Parks at Monterey Bay. It contains residential housing, primarily single-family dwellings for military families, but which housing is, for now, open to civilians like plaintiffs, who have no military connection. OMC has no barracks that I know of. (The former Fort Ord's dormitory-like BOQ barracks were turned over to California State University Monterey Bay [CSUMB] for use

as student dormitories, and the former Fort Ord enlisted barracks, now abandoned and slated for demolition, are located to the north of OMC, in Marina and CSUMB.) OMC, which occupies only a small portion of the much larger former Fort Ord, has a fire station, two churches, a police station manned by civilian federal police, a Burger King, a gas station, and a commissary, and has no visible boundaries, gates, fences, or guards around it. No training occurs there. No military missions embark from there. Military police do not patrol it; only civilian federal police do so. Its primary thoroughfare is General Jim Moore Boulevard (formerly known, during the Fort Ord days, as "North-South Road"), which runs about six miles, from Marina to the north, to the city of Del Rey Oaks in the south. From north to south, that thoroughfare traverses Marina, CSUMB, Seaside, OMC, and Del Rey Oaks, and it is policed by civilian police departments of those five jurisdictions, the OMC police being federal civilian police officers. I have never seen it patrolled by military police. It is a major thoroughfare (currently being widened) to and from CSUMB, and persons driving to CSUMB from Monterey, Seaside, and Del Rey Oaks pass through OMC, which has no visible boundaries on that boulevard. Several months ago, while driving on it, from Seaside to my home in Marina, I was stopped and warned by civilian police on account of an expired vehicle registration tab, and was surprised to learn that the police were federal civilian police, which was the only obvious clue, to me, that I was driving on a federal enclave.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 4, 2007 at San Jose, California.

                                             *David W Brown*
                                            **DAVID W. BROWN**