**DAVID W. BROWN, Calif. SBN 99389**
Attorney at Law
665 Munras Ave., Suite 210
Monterey, CA 93940
Tel: (831) 649-8211
Fax: (831) 649-2376
Email: DavidWayneBrown@aol.com

Attorney for Plaintiffs
JASON J. ADAMSKI and
CHERYL A. ADAMSKI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF THE STATE OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JASON J. ADAMSKI,<br>CHERYL A. ADAMSKI,<br><br>　　　　　　　Plaintiffs,<br><br>-vs-<br><br>PAMELA A. MARTIS, in her capacity as garrison commander, Presidio of Monterey, United States Army,<br><br>　　　　　　　Defendant. | No. C-07-03307-RMW<br><br>CERTIFICATE OF SERVICE |

I, DAVID W. BROWN, declare:

I am the attorney for plaintiffs. I certify that on July 4, 2007, at San Jose, California, I served the following documents in the above-referenced case, by filing them with the Court through ECF (electronic filing), and knowing that they would be transmitted to opposing counsel as set forth below:

1. Plaintiffs' Reply Brief in Support of Application for OSC and TRO; and

2. Reply Declaration of David W. Brown in Support of Application for OSC and TRO.

Recipient:

James Scharf
Assistant United States Attorney
150 Almaden Blvd., Suite 900
San Jose CA 95113

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 4, 2007 at San Jose, California

David W Brown /S/
_____
DAVID W. BROWN