**DAVID W. BROWN, Calif. SBN 99389**
**Attorney at Law**
**665 Munras Ave., Suite 210**
**Monterey, CA 93940**
**Tel: (831) 649-8211**
**Fax: (831) 649-2376**
**Email: DavidWayneBrown@aol.com**

**Attorney for Plaintiffs**
**JASON J. ADAMSKI and**
**CHERYL A. ADAMSKI**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF THE STATE OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **JASON J. ADAMSKI,**<br>**CHERYL A. ADAMSKI,**<br><br>　　　　　　　　Plaintiffs,<br><br>-vs-<br><br>**PAMELA A. MARTIS, in her capacity**<br>**as garrison commander, Presidio of**<br>**Monterey, United States Army,**<br><br>　　　　　　　　Defendant. | No. C-07-03307-RMW<br><br>NOTICE OF SETTLEMENT AND<br>REQUEST TO TAKE HEARING<br>OFF CALENDAR, WITH<br>CERTIFICATION OF SERVICE |

**TO THE CLERK OF THE COURT:**

**PLEASE BE ADVISED** that the parties hereto have entered into a settlement agreement which will result, with Court approval thereof, in the dismissal of the within action, with prejudice.

Plaintiffs' attorney hereby requests that the hearing on plaintiffs' motion for preliminary injunction, set for hearing July 31, 2007 at 2:00 PM, be taken off calendar.

The undersigned further certifies that a copy of this document will have been served on defendant by serving opposing counsel, Assistant United States Attorney James Scharf with a copy thereof, by filing it electroniccally through the Court's ECF filing system, so

1 | that said attorney will have automatically received a copy.

2 | DATED: July 23, 2007

_____
**DAVID W. BROWN, Attorney for Plaintiffs JASON ADAMSKI and CHERYL ADAMSKI**