1

**DAVID W. BROWN, Calif. SBN 99389**

2

**Attorney at Law**

**665 Munras Ave., Suite 210**

3

**Monterey, CA 93940**

**Tel: (831) 649-8211**

4

**Fax: (831) 649-2376**

**Email: DavidWayneBrown@aol.com**

5

**Attorney for Plaintiffs**

6

**JASON J. ADAMSKI and**

**CHERYL A. ADAMSKI**

7

8

### UNITED STATES DISTRICT COURT

9

### NORTHERN DISTRICT OF THE STATE OF CALIFORNIA

10

### SAN JOSE DIVISION

11

12

| | |
|---|---|
| **JASON J. ADAMSKI,** ) | No. C-07-03307-RMW |
| **CHERYL A. ADAMSKI,** ) | |
| ) | **NOTICE OF DISMISSAL** |
| **Plaintiffs,** ) | **WITH PREJUDICE** |
| ) | **AND CERTIFICATE** |
| **-vs-** ) | **OF SERVICE** |
| ) | |
| **PAMELA A. MARTIS, in her capacity** ) | |
| **as garrison commander, Presidio of** ) | |
| **Monterey, United States Army,** ) | |
| ) | |
| **Defendant.** ) | |

13

14

15

16

17

18

19

        TO THE CLERK OF THE COURT AND TO PLAINTIFF AND HER ATTORNEY

20

OF RECORD, THE UNITED STATES ATTORNEY FOR THE NORTHERN DISTRICT

21

OF CALIFORNIA AND ASSISTANT UNITED STATES ATTORNEY JAMES SCHARF:

22

        PLEASE TAKE NOTICE that pursuant to Rule 41(a) (1) of the Federal Rules of

23

Civil procedure, plaintiffs JASON ADAMSKI and CHERYL ADAMSKI herewith dismiss

24

the within-entitled action with prejudice.

25

**DATED: August 9, 2007**

26

                                        David W Brown /s/

27

                                        _____

                                        **DAVID W. BROWN**

28

                                        **Attorney for Plaintiffs**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I, DAVID W. BROWN, declare:

I am the attorney for plaintiffs.  I certify that on August 9, 2007, upon filing this document with the Court via ECF, I will have also served it, knowing that it will be transmitted to opposing counsel as set forth below:

Recipient:

James Scharf
Assistant United States Attorney
150 Almaden Blvd., Suite 900
San Jose CA 95113

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 9, 2007 at Monterey, California

David W Brown /S/

_____
DAVID W. BROWN

2